IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In re: Patrick Lucien Ludwig and            Case No.: 20-21272-13-RDB
       Chanelle Renee Ludwig

### DEBTORS' OBJECTION TO TRUSTEE'S MOTION TO DISMISS

COME NOW the Debtors, by and through attorney, Kristina S. Zhilkina, and for objection to the Trustee's Motion to Dismiss, state as follows:

Debtors, by the time of the hearing on this matter, will file pleadings which will abate missed payments and cure the issue raised in the Trustee's Motion to Dismiss.

WHEREFORE, Debtors pray that the Court deny the Trustee's Motion to Dismiss, and enter such orders as are just and equitable.

Respectfully submitted,

s/ Kristina S. Zhilkina-Crump
Kristina S. Zhilkina-Crump,
KS#24665, MO#KS000864
Coons & Crump, LLC
534 S. Kansas Ave., Ste. 825
Topeka, KS 66603
Phone: 785-856-8720
Fax: 888-507-1350
kcrump@coonscrump.com
Counsel for Debtors

### CERTIFICATE OF SERVICE

I hereby certify that May 25, 2023, a true and correct copy of above notice and referenced filing was electronically filed with the court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

s/ Kristina S. Zhilkina-Crump
Kristina S. Zhilkina-Crump